# Exhibit 3

Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. LinkedIn ("Defendant")

| Claims | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The LinkedIn platform with system-generated Searching Service performs a method of processing requests.<br>For Example, LinkedIn Searching Service receive user request, process them, and provides needed information right at the system. So, it helps you find what you're looking for and stay in control of what you see.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en |

1

| | |
|---|---|
| | **2** From the dropdown that appears:<br><br>• Select an option from the suggestions. You'll be redirected to the search results page.<br>• See more results by pressing **Enter** on your keyboard, or by clicking **See all results** at the bottom of the dropdown. You'll be redirected to a search results page.<br>**Note:** You'll be directly taken to the search results page, if you press Enter on your keyboard without typing in a keyword.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en<br><br>You can search using keywords such as company or job title. For example, you can search for "Richard Branson Founder".<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a525054 |
| estimating at least one content-specific or requestor-specific characteristic associated with | The LinkedIn platform with system-generated Searching Service estimates at least one content-specific or requestor-specific characteristic associated with each received request. For Example, LinkedIn estimates at least one content-specific (i.e., search query parameters (what the user looking for)) or requestor-specific (user's intent) characteristic associated with each received request. |

| | |
|---|---|
| each received request; | Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en |

| | |
|---|---|
| | Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en<br><br>You can search using keywords such as company or job title. For example, you can search for "Richard Branson Founder".<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a525054<br><br>Recruiters search the LinkedIn database for candidates that have a specific set of qualifications and/or keywords in their Profile.<br><br>After searching the database, recruiters get served with "search results" that include a Profile view for each candidate.<br><br>Source: https://www.linkedin.com/pulse/how-do-recruiters-search-your-profile-linkedin-seo-hari-haran |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one respective target characteristic; | The LinkedIn platform with system-generated Searching Service determines a set of available<br>alternate target resources, each having at least one respective target characteristic.<br>For Example, LinkedIn uses natural language understanding technologies to understand what is being requested and on the basis of this, determine resources (content) on the characteristic such as current availability and query matching of the resources.<br><br>You can use the LinkedIn **Search bar** to look for people with similar interests, role models, and Top Voices to broaden your professional network and expertise.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a525054 |

> Recruiters search the LinkedIn database for candidates that have a specific set of qualifications and/or keywords in their Profile.
>
> After searching the database, recruiters get served with "search results" that include a Profile view for each candidate.

Source:   https://www.linkedin.com/pulse/how-do-recruiters-search-your-profile-linkedin-seo-hari-haran

> As a job seeker, you want to consistently show up in search results for candidates with your set of qualifications, ideally higher than other candidates. This is often called LinkedIn SEO, or improving your LinkedIn search rank.

Source:   https://www.linkedin.com/pulse/how-do-recruiters-search-your-profile-linkedin-seo-hari-haran

> If the member you're searching for is your connection, their profile(s) is displayed at the top of the search results page. You can either message them or view their profile from the search results page. You might also see different sections displaying the member's activity and posts mentioning the member.

Source: https://www.linkedin.com/help/linkedin/answer/a525054

> You can sort your search results by best match, view count, and most newly added content. To sort your search results, click the **Sort by:** ⌄ dropdown from the upper right corner of the search results page.

Source: https://www.linkedin.com/help/linkedin/answer/a702834

> 3  From the top of the search results page, you can filter your search results by clicking any of these tabs:
>
> - People
> - Jobs
> - Posts
> - Groups
> - Events
> - Companies
> - Schools
> - Courses
> - Services
> - Products

Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en

> Based on your search, you might see different sections for each category on the search results page. You can click on **See all [category] results** below the respective section to see all results for that category.

Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en

| | |
|---|---|
| | **1) Relevance:** The search results need to not only return relevant candidates but to surface candidates that could be interested on the target position.<br><br>**2) Query Intelligence:** Search results should not only return candidates that match a specific criteria but also similar criteria's. For instance a search for machine learning should return candidates that list data science in their skillsets.<br><br>Source: https://medium.com/dataseries/how-linkedin-uses-machine-learning-in-its-recruiter-recommendation-systems-5b1735df87d4 |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic | The LinkedIn platform with system-generated Searching Service evaluates, with the automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources.<br>For Example, LinkedIn uses the content-specific or requestor-specific characteristics of the request and the availability and characteristics parameters of the target resources to evaluate a plurality of alternate allocations of the respective received request with different available resources via artificial intelligence techniques such as neural networks and machine learning. |

| | |
|---|---|
| predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target resources; and | **Searcher relevance is based on a variety of factors** - Relevance is a proprietary algorithm that we're constantly improving. Our goal is to optimize your search results. Before we return results, we consider the searcher's activity on LinkedIn, the profiles returned by the query, and other members who have run similar searches in determining the sort order. We also consider your search history to predict results that are likely to be more relevant to you. These, along with other factors, combine to provide us with data to improve the overall quality of our members' search results.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a524188/linkedin-search-relevance-for-people-search?lang=en<br><br>LinkedIn is one of the most popular recruiting platforms available today. Recruiters from all around the world use LinkedIn every day to find and filter applicants for specific job openings. LinkedIn is well-known for being one of the software behemoths that has pushed the limits of machine learning research and development. LinkedIn has been constantly exploring cutting-edge machine learning techniques in order to make artificial intelligence (AI) a first-class member of the LinkedIn experience, in contrast to cultivating one of the world's wealthiest datasets.<br><br>Source: https://www.analyticsinsight.net/linkedin-uses-artificial-intelligence-in-these-incredible-ways/ |

> **LinkedIn Uses Artificial Intelligence in These Incredible Ways**

Source: https://www.analyticsinsight.net/linkedin-uses-artificial-intelligence-in-these-incredible-ways/

> **How LinkedIn Uses Machine Learning To Rank Your Feed**

Source: https://www.kdnuggets.com/2022/11/linkedin-uses-machine-learning-rank-feed.html#:~:text=To%20do%20this%2C%20LinkedIn%20filters,Learning%20and%20Deep%20Learning%20algorithms.

> LinkedIn's Personalized Feed offers users the convenience of being able to see the updates from their connections quickly, efficiently, and accurately. In addition to that, it filters out your spammy, unprofessional, and irrelevant content to keep you engaged. To do this, LinkedIn filters your newsfeed in real-time by applying a set of rules to determine what type of content belongs based on a series of actionable indicators & predictive signals. This solution is powered by Machine Learning and Deep Learning algorithms.
>
> In this article, we will cover how LinkedIn uses machine learning to feed the user's rank. We will follow the workflow of a conventional machine learning project as covered in these two articles before:

Source: https://www.kdnuggets.com/2022/11/linkedin-uses-machine-learning-rank-feed.html#:~:text=To%20do%20this%2C%20LinkedIn%20filters,Learning%20and%20Deep

9

| | |
|---|---|
| | %20Learning%20algorithms. <br><br> > Like Google, LinkedIn employs its own "ranking signals" to determine what content should be displayed, how often, and to what audience. <br>> <br>> In short, harnessing the power of these ranking signals could help your content reach more users, land you more jobs, and grow your audience. <br><br> Source: https://www.searchenginejournal.com/linkedin-algorithm/424098/#close <br><br> > 1) **Relevance:** The search results need to not only return relevant candidates but to surface candidates that could be interested on the target position. <br>> <br>> 2) **Query Intelligence:** Search results should not only return candidates that match a specific criteria but also similar criteria's. For instance a search for machine learning should return candidates that list data science in their skillsets. <br><br> Source: https://medium.com/dataseries/how-linkedin-uses-machine-learning-in-its-recruiter-recommendation-systems-5b1735df87d4 |
| generating a control signal, by the at least | The LinkedIn platform with system-generated Searching Service generates a control signal, by the automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. <br> For Example, responsive to the evaluation, LinkedIn generates a control signal for |

| | |
|---|---|
| one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | the allocation of the different available resources. The control signal is selectively dependent on the evaluation in view of other factors such as the overall throughput of the system and the priority and requirements of other concurrent requests.<br><br>> Like Google, LinkedIn employs its own "ranking signals" to determine what content should be displayed, how often, and to what audience.<br>><br>> In short, harnessing the power of these ranking signals could help your content reach more users, land you more jobs, and grow your audience.<br><br>Source: https://www.searchenginejournal.com/linkedin-algorithm/424098/#close<br><br>> **Searcher relevance is based on a variety of factors** - Relevance is a proprietary algorithm that we're constantly improving. Our goal is to optimize your search results. Before we return results, we consider the searcher's activity on LinkedIn, the profiles returned by the query, and other members who have run similar searches in determining the sort order. We also consider your search history to predict results that are likely to be more relevant to you. These, along with other factors, combine to provide us with data to improve the overall quality of our members' search results.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a524188/linkedin-search-relevance-for-people-search?lang=en<br><br>**How LinkedIn Uses Machine Learning To Rank Your Feed**<br><br>Source: https://www.kdnuggets.com/2022/11/linkedin-uses-machine-learning-rank- |

feed.html#:~:text=To%20do%20this%2C%20LinkedIn%20filters,Learning%20and%20Deep%20Learning%20algorithms.

> The Search bar is at the top of any LinkedIn page you're viewing, and it allows you to search for people, jobs, companies, posts, and more. You can click any suggestions that appear in the dropdown list as you type or submit your search to see the full results.

Source: https://www.linkedin.com/help/linkedin/answer/a523136/search-on-linkedin?lang=en

> 1) **Relevance:** The search results need to not only return relevant candidates but to surface candidates that could be interested on the target position.
>
> 2) **Query Intelligence:** Search results should not only return candidates that match a specific criteria but also similar criteria's. For instance a search for machine learning should return candidates that list data science in their skillsets.

Source: https://medium.com/dataseries/how-linkedin-uses-machine-learning-in-its-recruiter-recommendation-systems-5b1735df87d4

12