# Exhibit 4

**Infringement Claim Chart for U.S. Pat. No. US8831205B1 Vs LinkedIn Corporation ("Defendant")**

| Claim7 | Evidence |
| --- | --- |
| 7) A method for defining mutually exclusive communication channels between users, comprising: | The LinkedIn platform with system-generated connection recommendations performs a method for defining mutually exclusive communication channels between users.<br><br>For example, the platform automatically generates connection recommendation based on user profiles. A connection recommendation is a suggestion for a connection with another user. Each generated connection recommendation is unique and therefore mutually exclusive from all others. Each connection recommendation is delivered to the user for whom the recommendation is made, thereby defining a mutually exclusive communication channel between that user and the other user.<br><br>LinkedIn is the world's largest professional network on the internet. You can use LinkedIn to find the right job or internship, connect and strengthen professional relationships, and learn the skills you need to succeed in your career. You can access LinkedIn from a desktop, LinkedIn mobile app, or mobile web experience.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>LinkedIn is a platform for anyone who is looking to advance their career. This can include people from various professional backgrounds, such as small business owners, students, and job seekers. LinkedIn members can use LinkedIn to tap into a network of professionals, companies, and groups within and beyond their industry.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441 |

| | |
|---|---|
| | **Create your profile**: Signing up and creating your profile is the best way to begin using LinkedIn. A complete **LinkedIn profile** will summarize your professional experience to your connections, current and future employers, and recruiters. Through your profile, you can showcase your professional life, milestones, skills and interests.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>**Build your network**: Your **network** plays a crucial part in unlocking the power of LinkedIn. It'll help you understand what is happening in your industry and professional circle. You can begin by adding your family, friends, past or current classmates, and coworkers to your network. You can also follow people, companies, or topics by navigating directly to the **Follow fresh perspectives page**, which displays recommended sources to follow. You can use the **LinkedIn Events** feature to create and join professional Events such as online workshops, seminars, sales and marketing Events, networking Events and more.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/ |

| | |
|---|---|
| | First-degree connections are given access to any information you've displayed on your profile. To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/<br><br>There are several ways to connect with people on LinkedIn:<br>• **Member's profile** - Click or tap the Connect button on their profile page.<br>• **Search results page** - Click Connect to the right of the member's information.<br>• **Grow Your Network page** - Import contacts using their email address.<br>• **My Network page** - Accept pending invitations.<br>• **People you may know** - Click or tap the Connect button below the member's name.<br>• **Leverage Connections** - Ask a mutual connection to help you connect. Send a message to your existing network asking who can help you connect to a 2nd-degree connection.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/ |

| | |
|---|---|
| | Your network on LinkedIn is made up of your 1st-degree, 2nd-degree, and 3rd-degree connections, as well as your followers and fellow members of your LinkedIn groups. You can **build your network** by sending invitations to connect with other LinkedIn members and your contacts you've imported or by accepting invites from others. The degree of connection you have with another member affects how you can interact with them on LinkedIn.<br><br>**Note**: To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections. Learn more about LinkedIn's **network size limit**.<br>Source: https://www.linkedin.com/help/linkedin/answer/a545636<br><br>The People You May Know feature on your My Network page suggests LinkedIn members for you to connect with. These recommendations are based on commonalities between you and other LinkedIn members, as well as contacts you've imported from your email and mobile address books.<br><br>For example, you may have shared connections, have similar profile information and experiences, work at the same company or industry, or may have attended the same school.<br>Source: https://www.linkedin.com/help/linkedin/answer/a544682 |

| | |
|---|---|
| | To search for a specific person on LinkedIn mobile web, type their name into the search bar at the top of the LinkedIn homepage. You can select from the suggestions or submit your search for the full set of results.<br><br>You can also view profiles from the Home tab. You can click on the member's name on the update to view their profile. On their profile you'll see the following options:<br><br>• **Connect**: You can **send the member a connection request**.<br>• **Message**: If you're already connected to the member, you can send them a message.<br><br>You can also find people on the **My Network** tab. Once you tap the **My Network** tab, you'll find the **People You May Know** section and you can send invitations by tapping **Connect** or remove the suggestions by tapping **Remove**.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a545653 |

| | |
|---|---|
| a) maintaining a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics; | The LinkedIn platform with system-generated connection recommendations maintains a plurality of user profiles for a plurality of users, each user profile comprising a plurality of user characteristics.<br><br>For example, the platform maintains a profile for each user. The profile includes user characteristics entered by the user such as professional experience, milestones, skills and interests. The profile can also include system-derived characteristics of the user based on the user's past use of the platform.<br><br>**Create your profile**: Signing up and creating your profile is the best way to begin using LinkedIn. A complete **LinkedIn profile** will summarize your professional experience to your connections, current and future employers, and recruiters. Through your profile, you can showcase your professional life, milestones, skills and interests.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>**Build your network**: Your **network** plays a crucial part in unlocking the power of LinkedIn. It'll help you understand what is happening in your industry and professional circle. You can begin by adding your family, friends, past or current classmates, and coworkers to your network. You can also follow people, companies, or topics by navigating directly to the **Follow fresh perspectives page**, which displays recommended sources to follow. You can use the **LinkedIn Events** feature to create and join professional Events such as online workshops, seminars, sales and marketing Events, networking Events and more.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a548441 |

<table>
<tr>
<td></td>
<td>Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/<br><br><br>Source: https://play.google.com/store/apps/details?id=com.linkedin.android&hl=en&gl=US&pli=1</td>
</tr>
<tr>
<td>b) receiving a</td>
<td>The LinkedIn platform with system-generated connection recommendations receives a</td>
</tr>
</table>

| | |
|---|---|
| plurality of requests for mutually exclusive communication channels among respective users from the plurality of users; | plurality of requests for mutually exclusive communication channels among respective users from the plurality of users.<br><br>For example, when a user submits a completed profile, that submission represents a request from the user for the platform to automatically generate, for the user, at least one connection recommendation. The connection recommendation represents a mutually exclusive communication channel between two users that are the subject of the connection recommendation. The platform has multiple users and therefore receives a plurality of such requests.<br><br><br>**Create a new account in LinkedIn**<br><br>It's pretty simple to create a profile on LinkedIn. It's free, and only takes a few clicks. Step 1: Go to LinkedIn, and click on sign up. Fill in all the information about yourself. Put a **valid email** address. You will need it when LinkedIn sends you a validation request for the **checking-account**. Without it you will not be able to access your LinkedIn page.<br><br>Source: https://www.linkedin.com/signup<br>Source: https://blog.waalaxy.com/en/create-new-account-linkedin/ |

| | |
|---|---|
| | **Create your profile**: Signing up and creating your profile is the best way to begin using LinkedIn. A complete **LinkedIn profile** will summarize your professional experience to your connections, current and future employers, and recruiters. Through your profile, you can showcase your professional life, milestones, skills and interests.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br>**Build your network**: Your **network** plays a crucial part in unlocking the power of LinkedIn. It'll help you understand what is happening in your industry and professional circle. You can begin by adding your family, friends, past or current classmates, and coworkers to your network. You can also follow people, companies, or topics by navigating directly to the **Follow fresh perspectives page**, which displays recommended sources to follow. You can use the **LinkedIn Events** feature to create and join professional Events such as online workshops, seminars, sales and marketing Events, networking Events and more.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br>Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation. |

| | |
|---|---|
| | Source: https://www.linkedin.com/help/linkedin/answer/a541669/ |
| c) performing a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, with respect to an optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually | The LinkedIn platform with system-generated connection recommendations performs a combinatorial optimization with an automated processor, to predict a net benefit of the mutually exclusive communication channels between respective users of the plurality of users, for optimization criteria representing a net value of each respective mutually exclusive communication channel for a plurality of mutually exclusive communication channels, based on at least the plurality of user profiles.<br><br>For example, as an algorithm-assisted social networking platform, LinkedIn strives to provide connection recommendations that will be seen as favorable to as many users of the platform as possible. This means that, as optimization criteria, the platform seeks to maximize the overall value, or net benefit, of connection recommendations that are presented to the users of the platform. The value of each connection recommendation is based on the characteristics in the user profiles of the users that are the subject of that connection recommendation. A processor in the platform determines a net value for each potential connection recommendation. To meet the optimization criteria, the platform selects, from the potential connection recommendations, a set of connection recommendations to present to the users that have a maximum net benefit to the users of the platform.<br><br>LinkedIn is the world's largest professional network on the internet. You can use LinkedIn to find the right job or internship, connect and strengthen professional relationships, and learn the skills you need to succeed in your career. You can access LinkedIn from a desktop, LinkedIn mobile app, or mobile web experience.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a548441 |


| | |
|---|---|
| exclusive communication channels, based on at least the plurality of user profiles; and | **Create your profile**: Signing up and creating your profile is the best way to begin using LinkedIn. A complete **LinkedIn profile** will summarize your professional experience to your connections, current and future employers, and recruiters. Through your profile, you can showcase your professional life, milestones, skills and interests.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>**Build your network**: Your **network** plays a crucial part in unlocking the power of LinkedIn. It'll help you understand what is happening in your industry and professional circle. You can begin by adding your family, friends, past or current classmates, and coworkers to your network. You can also follow people, companies, or topics by navigating directly to the **Follow fresh perspectives page**, which displays recommended sources to follow. You can use the **LinkedIn Events** feature to create and join professional Events such as online workshops, seminars, sales and marketing Events, networking Events and more.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/ |

| | |
|---|---|
| | Your network on LinkedIn is made up of your 1st-degree, 2nd-degree, and 3rd-degree connections, as well as your followers and fellow members of your LinkedIn groups. You can **build your network** by sending invitations to connect with other LinkedIn members and your contacts you've imported or by accepting invites from others. The degree of connection you have with another member affects how you can interact with them on LinkedIn.<br><br>**Note**: To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections. Learn more about LinkedIn's **network size limit**.<br>Source: https://www.linkedin.com/help/linkedin/answer/a545636<br><br>The People You May Know feature on your My Network page suggests LinkedIn members for you to connect with. These recommendations are based on commonalities between you and other LinkedIn members, as well as contacts you've imported from your email and mobile address books.<br><br>For example, you may have shared connections, have similar profile information and experiences, work at the same company or industry, or may have attended the same school.<br>Source: https://www.linkedin.com/help/linkedin/answer/a544682 |



Source: https://play.google.com/store/apps/details?id=com.linkedin.android&hl=en&gl=US&pli=1

| | |
|---|---|
| d) storing in a memory a description of an optimum set of mutually exclusive communication channels. | The LinkedIn platform with system-generated connection recommendations stores in a memory a description of an optimum set of mutually exclusive communication channels. For example, for a user to access the system-generated connection recommendations that the platform has selected to present to the user when the user logs into the platform, the platform stores these connection recommendations in a memory associated with the platform. This is done for all users of the platform, which means that the entire set of system-generated connection recommendations that the platform has selected to meet the optimization criteria are stored.<br><br>LinkedIn is the world's largest professional network on the internet. You can use LinkedIn to find the right job or internship, connect and strengthen professional relationships, and learn the skills you need to succeed in your career. You can access LinkedIn from a desktop, LinkedIn mobile app, or mobile web experience.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>**Create your profile**: Signing up and creating your profile is the best way to begin using LinkedIn. A complete **LinkedIn profile** will summarize your professional experience to your connections, current and future employers, and recruiters. Through your profile, you can showcase your professional life, milestones, skills and interests.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441 |

| | |
|---|---|
| | **Build your network**: Your **network** plays a crucial part in unlocking the power of LinkedIn. It'll help you understand what is happening in your industry and professional circle. You can begin by adding your family, friends, past or current classmates, and coworkers to your network. You can also follow people, companies, or topics by navigating directly to the **Follow fresh perspectives page**, which displays recommended sources to follow. You can use the **LinkedIn Events** feature to create and join professional Events such as online workshops, seminars, sales and marketing Events, networking Events and more.<br>Source: https://www.linkedin.com/help/linkedin/answer/a548441<br><br>Building your LinkedIn network is a great way to stay in touch with alumni, colleagues, and recruiters, as well as connect with new, professional opportunities. A primary email address is mandatory to send invitations. Members become 1st-degree connections when they accept your invitation.<br>Source: https://www.linkedin.com/help/linkedin/answer/a541669/ |

| | |
|---|---|
| | Your network on LinkedIn is made up of your 1st-degree, 2nd-degree, and 3rd-degree connections, as well as your followers and fellow members of your LinkedIn groups. You can **build your network** by sending invitations to connect with other LinkedIn members and your contacts you've imported or by accepting invites from others. The degree of connection you have with another member affects how you can interact with them on LinkedIn.<br><br>**Note**: To ensure an optimal site experience, LinkedIn members can have a maximum of 30,000 1st-degree connections. Learn more about LinkedIn's **network size limit**.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a545636<br><br>The People You May Know feature on your My Network page suggests LinkedIn members for you to connect with. These recommendations are based on commonalities between you and other LinkedIn members, as well as contacts you've imported from your email and mobile address books.<br><br>For example, you may have shared connections, have similar profile information and experiences, work at the same company or industry, or may have attended the same school.<br><br>Source: https://www.linkedin.com/help/linkedin/answer/a544682 |



Source: https://play.google.com/store/apps/details?id=com.linkedin.android&hl=en&gl=US&pli=1