# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| PATENT ARMORY INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　　Defendant. | Case No. 6:23-cv-00542-ADA |

## NOTICE OF AGREED EXTENSION OF DEADLINE

Microsoft Corporation ("Microsoft") hereby notifies the Court that the Parties have agreed to extend the deadline for Microsoft to Answer, Move or otherwise Respond to Plaintiff's Complaint up to and through October 5, 2023.

Dated: August 16, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Melissa R. Smith*
　　　　　　　　　　　　　　　　　　　　Melissa R. Smith
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24001351
　　　　　　　　　　　　　　　　　　　　melissa@gillamsmithlaw.com
　　　　　　　　　　　　　　　　　　　　GILLAM AND SMITH, LLP
　　　　　　　　　　　　　　　　　　　　303 South Washington Avenue
　　　　　　　　　　　　　　　　　　　　Marshall, TX 75670
　　　　　　　　　　　　　　　　　　　　(903)934-8450
　　　　　　　　　　　　　　　　　　　　Fax: (903)934-9257

　　　　　　　　　　　　　　　　　　　　***Attorney for Defendant***
　　　　　　　　　　　　　　　　　　　　***Microsoft Corporation***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 16th day of August, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith
