IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Patent Armory Inc.,** | Case No. 6:23-cv-00542-ADA |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Microsoft Corporation,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.

**SIGNED** this day____ of_____ 2023.

Hon. Alan D Albright
UNITED STATES DISTRICT JUDGE